No. 74–1144. LAWRENCE ET AL. *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would grant certiorari. Reported below: 264 S. C. 3, 212 S. E. 2d 52.